FILED: May 17, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4108
(4:14-cr-00059-RAJ-RJK-4)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

MAURICE MCLAIN, a/k/a Mo

   Defendant - Appellant

_____

O R D E R
_____

Upon review of submissions relative to the motion for stay pending appeal and motion to suspend briefing, the court denies the motion for stay pending appeal and grants the motion to suspend briefing until completion of the trial in the district court.

Entered at the direction of Judge Floyd with the concurrence of Judge King and Judge Harris.

              For the Court

              /s/ Patricia S. Connor, Clerk