FILED: March 6, 2017

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 16-4108 (L)
(4:14-cr-00059-RAJ-RJK-4)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MAURICE MCLAIN, a/k/a Mo

      Defendant - Appellant

_____

No. 17-4056
(4:14-cr-00059-RAJ-RJK-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ERIC PRIDGEN, a/k/a Rabbit, a/k/a Rab

      Defendant - Appellant

_____

No. 17-4058
(4:14-cr-00059-RAJ-RJK-2)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

HERBERT PRIDGEN, a/k/a Bok

  Defendant - Appellant

_____

No. 17-4132
(4:14-cr-00059-RAJ-RJK-4)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

MAURICE MCLAIN, a/k/a Mo

  Defendant - Appellant

_____

O R D E R

_____

The court consolidates Case No. 16-4108(L) with Case Nos. 17-4056, 17-4058, and 17-4132. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk